

FILED

JAN - 6 2023

RORY PERRY, CLERK
US District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 5:23-CR-00007
   18 U.S.C. § 641

**LAQUENTA LOWE**

### INFORMATION

The United States Attorney charges:

Beginning in or about July 2018 and continuing through April 2021, in and around Beckley, Raleigh County, West Virginia, and within in the Southern District of West Virginia, and elsewhere, defendant LAQUENTA LOWE willfully and knowingly did embezzle, steal and knowingly convert to her own use federal funds from the Department of Housing and Urban Development ("HUD"), property of the United States of a value exceeding $1,000, which said property had come into the possession and under the care of defendant LAQUENTA LOWE by virtue of her employment as an Executive Director with the Raleigh County Housing Authority.

In violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE

1.    The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of giving notice of forfeiture pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c).

2.    Notice is hereby given of 18 U.S.C. § 981 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including, but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981.

The following property is subject to forfeiture in accordance with Section 981 and/or 2461(c):

(1)    All property which constitutes or is derived from proceeds of the violation set forth in this Information;

(2)    All property involved in such violation or traceable to property involved in such violation; and

(3)    If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant's to the extent of the value of the property described in (a) and (b).

INTENTIONALLY LEFT BLANK

The following property is subject to forfeiture on one or more of the grounds stated above:

a.     A forfeiture money judgment in the amount of at least $7978.91, such amount constituting the proceeds of the violations set forth in this Information.

All pursuant to 18 U.S.C. § 982 and 28 U.S.C. § 2461.

                         WILLIAM S. THOMPSON
                         United States Attorney

By: _____
                         KRISTIN F. SCOTT
                         Assistant United States Attorney