**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION NO. 5:23–CR–00007

LAQUENTA LOWE.

## MEMORANDUM OPINION AND ORDER

Pending is Defendant Laquenta Lowe's Motion for Early Termination of Probation, filed September 22, 2026. [ECF 54]. The United States does not oppose the Motion.

**I.**

On September 1, 2023, following her guilty plea to Embezzling and Converting Public Funds Exceeding $1,000 for Personal Use, in violation of 18 U.S.C. § 641, Ms. Lowe was sentenced to 5 years of probation. [ECF 38]. Ms. Lowe began serving her term of probation on September 1, 2023. [*Id.*]. Ms. Lowe now moves for early termination of her probation inasmuch as she has maintained compliance while on supervision, maintained employment, participated in therapy services, satisfied all monetary penalties, maintained stable familial relationships, and is a low-risk classification.

Ms. Lowe's Probation Officer notes she has maintained a positive, cooperative attitude while on supervision, paid the special assessment fee, satisfied all monetary sanctions, and remained in compliance with all other conditions of probation. Ms. Lowe was also transferred to the low intensity supervision caseload given her consistent compliance. The Probation Officer thus

reports Ms. Lowe meets the criteria established by the Administrative Office of the United States Courts for early termination of probation. As noted, the United States does not oppose Ms. Lowe's Motion.

**II.**

Pursuant to 18 U.S.C. § 3564(c), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999) (discussing early termination in the context of 18 U.S.C. § 3583(e)).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Ms. Lowe's Probation Officer, the Court concludes that early termination of Ms. Lowe's probation is warranted. Ms. Lowe has completed approximately 3 years of her probation term without incident and has demonstrated her dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Ms. Lowe's conduct and the interests of justice support early termination of her probation.

**III.**

Accordingly, the Court **GRANTS** Ms. Lowe's Motion for Early Termination of Probation [**ECF 54**] and **TERMINATES** Ms. Lowe's term of probation.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: November 20, 2026

Frank W. Volk
Chief United States District Judge